UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| IN THE MATTER OF THE SEIZURE OF 996,726 BARRELS OF PETROLEUM-PRODUCT AT JANAF STORAGE FACILITY IN CROATIA | CASE NO. 23-sz-15<br><br>**FILED UNDER SEAL** |
|---|---|

## ORDER

This matter came before the Court on the Government's motion to unseal the case. In consideration of the representations made in the Government's motion, it is hereby

**ORDERED** that the Government's Motion is **GRANTED;** it is further

**ORDERED** that the Seizure Warrant and attachments thereto, the Application for the Seizure Warrant, the Affidavit in Support of the Seizure Warrant, the Government's Motion and Supporting Memorandum to Seal, and the Court's Order related thereto, as well as the Government's Motion to Unseal and this Order, shall be unsealed; it is further

**ORDERED** that the Clerk of Court shall then enter the same documents on the public docket.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE